IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Keith D. Washington
**Plaintiff, Pro Se**
V
Equal Employment Opportunity Commission [EEOC], **ET AL**
**Defendants**

### AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE DISTRICT COURT COMPLIANT IN FORMA PAUPERIS

I, Keith D. Washington, ("Plaintiff"), an African-American, United States citizen, honorably discharged, highly decorated Vietnam combat veteran with an unblemished personal and professional record of accomplishment, swear or affirm under penalty of perjury that because of my poverty, I cannot prepay the docket fee of my of my Compliant, submitted on March 8,2005 to U.S. District Court-District of Massachusetts.

Plaintiff represents to this Court the following:

(1) There has been no material change in Plaintiff's financial condition since his Petition For Leave to file in Forma Pauperis was submitted to the U.S. Court of Appeals For the First Circuit, with <u>Docket # 04-2736</u>.

(2) This Compliant is not frivolous and has broad "<u>due process</u>" and "<u>equal protection</u>" policy implications regarding racial profiling, and the handling of workplace discrimination complaints by the EEOC.

(3) EEOC's own indisputable documents provide dispositive evidence that investigative findings, published with hotly disputed stigmatizing information violated clearly established federal law as established by the Supreme Court.

(4) Plaintiff has a clear legal right to demand he be afforded the full protection of the U.S. Constitution and that federal agencies will at all times protect

1

his constitutional right's and act in full accordance with, clearly established federal law.

(5) EEOC as a federal government agency has a clear legal duty to perform at all times act in full accordance with the U.S. Constitution, and clearly established federal law as determined by the U.S. Supreme Court.

(6) Compliance with U.S. Constitution and clearly established federal law are ministerial and beyond the wide discretion of employees of EEOC.

## This Compliant alleges the following:

- Deprivation of "Liberty Interest" and the privileges and immunities of United States citizenship in violation of the Sixth Amendment of the U.S. Constitution;
- Violation of the Equal Protection clause and privileges and immunities of United States citizenship in violation of the Sixth Amendment of the U.S. Constitution;
- Negligence
- Negligent infliction of emotional distress
- Intentional infliction of emotional distress

I swear or affirm under penalty of perjury under United States laws that my answers on the attached forms are true and correct. (28 U.S.C. sec.1746; & 18 U.S.C. sec. 1621.)

Submitted, March 15, 2005

By: Keith D. Washington, Petitioner, *pro se*
6265 Magnolia Ridge
Stone Mountain, Georgia 30087
Tel: 770 465 4088

**ATTACHMENT**

[Notary seal: JANET L. LEWIS, MY COMMISSION EXPIRES OCT 24 2007, JASPER, GEORGIA, NOTARY PUBLIC]

03-15-05

2



# Form 4.
## Affidavit to Accompany Motion for Leave to Appeal in Forma Pauperis

United States ~~District Court for the District~~ of  Court OF APPEALS - 1st Circuit

Keith D. Washington
6265 Magnolia Rdg.
Stone Mountain, GA 30087-6070

v.                                                          Case No. _____

C.D., Defendant

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. §1746; 18 U.S.C. § 1621.)<br><br>Signed: _____ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>Date: 12/13/04 |

My issues on appeal are:

See Attached

1. *For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment (NET) | $ 0 | $ 3,200 | $ 0 | $ 2,600 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |



| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, ~~insurance~~ payments) | $ 18,000 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): V.A. | $ 27,600 | $ 0 | $ 2300 | $ 0 |
| Total Monthly income: | $ 45,600 | $ 31,200 | $ 3800 | $ 2600 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Citizens Trust Bank | Atlanta, GA | 4/98 - 6/98 | $ 5,000 |
| State Street Bank + Trust | Boston, MA | 7/92 - 10/96 | $ 12,600 |
| Chase Manhattan Bk | New York, NY | 9/76 - 6/92 | 8,000 |

3. List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| V.A. Medical Ctr | Atl, GA | 2/97 - Present | $ 4,000 |
| V.A. Medical Ctr | Northport, N.Y. | 2/87 - 1/97 | 3,000 |

4. How much cash do you and your spouse have? $ _____
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Wachovia Bk | Checking | $ .18 | $ .18 |
| " | Savings | $ 4.20 | $ ~~4.20~~ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.



5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor Vehicle #1 (Value) 9000 |
|---|---|---|
| $210M | NONE | Make & year: TOYOTA - 2002 |
| | | Model: CAMRY |
| | | Registration #: |

Keith D. Washington
6265 Magnolia Rdg.
Stone Mountain, GA 30087-6070

| Motor Vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| Make & year: 1994-Jeep-2500 | NONE | NONE |
| Model: LORADO | | |
| Registration #: | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | NONE | NONE |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| EFFIE THOMPKINS | Mother-IN-LAW | 92 |
| PAULINE WASHINGTON | MOTHER | 88 |
| HOWARD WASHINGTON | FATHER | 88 |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $2,077.00 | $ 0 |
| Are any real estate taxes included? ☒ Yes ☐ No | | |
| Is property insurance included? ☒ Yes ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 400 |
| Home maintenance (repairs and upkeep) | $ 250 | $ 100 |
| Food | $ 0 | $ 500 |
| Clothing | $ 150 | $ 300 |

| Expense | | |
|---|---|---|
| Laundry and dry-cleaning | $ 50 | $ 150 |
| Medical ~~and dental expenses~~ | $ 50 | $ 100 |
| Transportation (not including motor vehicle payments) | $ 50 | $ 200 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ 250 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ -0- | $ -0- |
|     Homeowner's or renter's | $ -0- | $ -0- |
|     Life | $ -0- | $ -0- |
|     Health | $ -0- | $ -0- |
|     Motor Vehicle | $ -0- | $ 60 |
|     Other: | $ -0- | $ -0- |
| Taxes (not deducted from wages or included in Mortgage payments)(specify): | $ -0- | $ -0- |
| Installment payments | $ -0- | $ ~~350~~ -0- |
|     Motor Vehicle | $ ~~~~~ | $ 450 |
|     Credit card (name): Citibank | $ 75 | $ 100 |
|     Department store (name): Multiple | $ 200 | $ 100 |
|     Other: Sons College expenses | $ 150 | $ -0- |
| ~~Alimony, maintenance, and~~ support paid to others (Parents) | $ 300 | $ -0- |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $ -0- | $ -0- |
| Other (specify): Tax Liability | $ 231 | $ -0- |
| **Total monthly expenses:** | $ 3683 | $ 2610 |

9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?
☐ Yes  ☒ No                    If yes, describe on an attached sheet.