

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
ONE COURTHOUSE WAY
BOSTON MA 02210

IN RE: Keith D. Washington vs Equal Employment
DEAR SIR/MADAM

Your complaint/petition has been received 3/8/05 for filing by this office but has not been filed because one or more of the following is missing and is necessary for the filing of your proceeding

( ) Civil Cover Sheet

( ) Civil Category Sheet

( ) Complaint/petition (needs signature)

(X) ~~Filing Fee~~ (Does not apply tho those who are proceeding in forma pauperis) $250.00

(✓) Application to Proceed Without Prepayment of Fee (AO 240) — ATTAched

**FOR PRISONERS:**

( ) Completed Certificate portion of AO 240 form by Institution of incarceration

( ) Certified copy of prisoner's trust fund account (or institutional equivalent) for prior six moth period

( ) Filing Fee or Partial Filing Fee

Other Please mail your fee and enclosed copy of this notice

Please Provide and /or complete those items which are checked above and return them to this office as soon as possible. Your Complaint/Petition will be filed when material requested is received by this office

If you need further assistance, please contact the Clerk's Office at 617-748-4226 or Fax 617-748-9096

Date 3/8/05

By F. Orozco
Deputy Clerk

Complaint fee ~~$150.00~~ $250.00
Writ Habeas Corpus $ 5.00
Make check payable to: CLERK,US DISTRICT COURT



LEONIDAS RALPH MECHAM
Director

CLARENCE A. LEE, JR.
Associate Director

ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS

WASHINGTON, D.C. 20544

January 4, 2005

MEMORANDUM TO:   JUDGES, UNITED STATES DISTRICT COURTS
DISTRICT COURT EXECUTIVES
CLERKS, UNITED STATES DISTRICT COURTS

SUBJECT:   Increase to the Civil Filing Fee Effective February 7, 2005

    On December 8, 2004, the President signed into law the Consolidated Appropriations Act of 2005, which included a provision increasing the civil filing fee by $100, to $250. This change in the civil filing fee will become effective February 7, 2005, 60 days from the date the bill was signed into law by the President. I would ask that your court provide appropriate notice of this change to the local bar within your jurisdiction.

    The Act increased the filing fee for civil actions prescribed by 28 U.S.C. § 1914(a) from $150 to $250. The civil filing fee was last increased in 1996 when it was adjusted from $120 to $150. The filing fee for a writ of habeas corpus will continue to be $5. Based on other actions of the Judicial Conference, the fee for filing a motion to lift stay and the fee for filing an adversary proceeding under the Bankruptcy Court Miscellaneous Fee Schedule will not be impacted by the change to the civil filing fee.

    The new District Court civil filing fee should be distributed as follows: the first $190 of the fee to Fund 510000, Filing Fees-the Judiciary, and the remaining $60 of the fee to Fund 086900, Filing Fees.

*Leonidas Ralph Mecham* (signature)

Leonidas Ralph Mecham

CC: Chief Judges, United States Courts of Appeals
Chief Judges, United States Bankruptcy Courts
Circuit Executives
Clerks, United States Bankruptcy Courts

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY

**KEITH D. WASHINGTON**
**6265 MAGNOLIA RIDGE**
**STONE MOUNTAIN, GA. 30087**
**TEL: 770 465 4088**
**EMAIL kdwash@aol.com**

FILED
IN CLERKS OFFICE

2005 MAR -8  P 12: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

March 7, 2005

Clerk For Civil Actions
United States District Court
District Of Massachusetts
1 Courthouse Way [Suite 2300]
Boston, MA 02210

Re: **Keith D. Washington v. EEOC, et al**

Gentlemen;

The following are enclosed pursuant to local rules in connection with the filing of the referenced civil compliant:

1. Filing fee in the amount of $150.00
2. Cover sheet
3. Civil Cover Sheet
4. 2-Copies of Compliant

Please handle in accordance with local rules and procedures.

Sincerely,

Keith D. Washington, pro se