UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH D. WASHINGTON, | ) |
|     Plaintiff, <u>pro se</u>, | ) |
|         v. | ) |
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION [EEOC]; | ) C.A. No. 05-10619-PBS |
| ROBERT L. SANDERS, in his individual and Official Capacity as, EEOC-Director Boston Area Office; and | ) |
| EDITH KESSLER, in her individual and official Capacity as Investigator at EEOC-BOSTON, | ) |
|     Defendants. | ) |

ORDER

ORDER FOR REASSIGNMENT OF CASE TO JUDGE WOODLOCK

On March 8, 2005 Plaintiff filed the above-captioned matter, which was randomly assigned to this session. Upon review of the pleadings, however, it appears that this action is "related," within the meaning of Local Rule 40.1(G)(1) to <u>Washington v. MCAD</u>, C.A. No. 04-12141-DPW.[1]

The rules of this Court require the clerk to "assign related cases to the same judge." Local Rule 40.1(G)(3). Where the clerk erroneously assigns related cases to different judges, the

---

[1] Civil cases are deemed to be related if (1) "some or all of the parties are the same"; (2) the cases involve "the same or similar claims or defenses," the same "transaction or event," or "substantially the same questions of fact and law"; and (3) not more than "two (2) years have elapsed since the closing of the previous action." Local Rule 40.1(G)(1).

assignment is "subject to correction only by the joint decision of the judge to whom it has been assigned and the judge to whom it should be assigned, if related to another case." Local Rule 40.1(G)(5). "The judges may then transfer the case pursuant to section (l)[2] of this rule, and shall notify the clerk of the reason for the transfer." Id.

I have conferred with Judge Douglas P. Woodlock and we have jointly decided that it is in the interest of judicial efficiency to reassign this case to his session.

ACCORDINGLY, it hereby ORDERED that this action is REASSIGNED to Judge Woodlock of this Court.

All future filings in this action shall identify the case number as C.A. 05-10619-**DPW**.


SO ORDERED.

```
 4/29/05                           /s/ Patti B. Saris            
DATE                              PATTI B. SARIS
                                  UNITED STATES DISTRICT JUDGE
```

---

[2] Local Rule 40.1(l) reads in relevant part "In the interest of justice or to further the efficient performance of the business of the court, a judge ..., with respect to civil cases only, may transfer the case to another judge, if the other judge consents to the transfer."