# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH D. WASHINGTON, *PRO SE* | ) | Case No.: No. 05cv10619DPW |
| **Plaintiff** | ) | |
| V. | ) | |
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ('EEOC") in their official capacities; | ) | |
| (2) CARI M. DOMINGUEZ, in her official capacity as Chair of the Equal Employment Opportunity Commission; | ) | |
| (3) ROBERT L. SANDERS, in his individual and official capacity as, EEOC-Director Boston Area; | ) | |
| (4) EDITH KESSLER, in her individual and official capacity as Investigator at EEOC-Boston, **Defendants** | ) | |

## PLAINTIFF REPRESENTATION THAT DOCKETING FEES WILL BE PAID

Plaintiff, Keith D. Washington, *pro se*, represents pursuant to this Court's Order, dated May 5, 2005, <u>Denying Motion to Proceed in Forma Pauperis</u>, that the docketing fee in the amount of $250.00 will be mailed on June 1, 2005 directly by Wachovia Bank.

Submitted: May 13, 2005

By: Keith D. Washington, pro se, Plaintiff