UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH D. WASHINGTON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 05-CV-10619DPW |
| EQUAL EMPLOYMENT ) | |
| OPPORTUNITY COMMISSION, et al ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned will appear as counsel for the Equal Employment Opportunity Commission in this matter pursuant to L.R. 83.5.3. The undersigned will also represent the individual Defendants in their respective official capacity.

Dated this 11th day of July, 2005.

Respectfully submitted,

PEGGY R. MASTROIANNI
Associate Legal Counsel

THOMAS J. SCHLAGETER
Assistant Legal Counsel

*/s/ James S. Allison*
JAMES G. ALLISON
Wisconsin State Bar No. 1012684
U.S. Equal Employment
  Opportunity Commission
1801 L Street, N.W.
Washington, D.C. 20507
(202) 663-4661