IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEITH D. WASHINGTON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)  Civil Action No. 05-CV-10619DPW<br>EQUAL EMPLOYMENT )<br>OPPORTUNITY COMMISSION, et al )<br>)<br>)<br>Defendants. )<br>) | |

**DEFENDANTS' NOTICE OF MOTION AND
MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendants Equal Employment Opportunity Commission ("EEOC"), Cari M. Dominguez, Robert L. Sanders and Edith Kessler (collectively, "Defendants") have filed the following Motion with the United States District Court for the District of Massachusetts and that such Motion is subject to Local Rule 7.1.

The Defendants move the Court for an order dismissing the Amended Complaint upon its merits and with prejudice. This Motion to Dismiss, filed pursuant to Rules 12 (b)(1), (5) and (6) of the Federal Rules of Civil Procedure, seeks dismissal of the Amended Complaint because this Court lacks subject matter jurisdiction over the Amended Complaint, the Amended Complaint fails to state a claim upon which relief may be granted and the Plaintiff has failed properly serve the Defendants.

This Motion to Dismiss is based upon the Defendants' Legal Memorandum which is

served with this Motion, as well as all other filings in this case. Pursuant to Local Rule 7.1(a)(2), I attempted to contact Mr. Washington regarding the voluntary dismissal of this case. I was unable to confer with him prior to July 12, so I have served this Motion. The EEOC has previously corresponded with Mr. Washington to explain some of the legal inadequacies of his claims, but Mr. Washington apparently disagrees with the EEOC regarding those issues. Therefore, the EEOC believes that this Motion to Dismiss is necessary.

Dated this 11th day of July, 2005.

Respectfully submitted,

PEGGY MASTROIANNI
Associate Legal Counsel

THOMAS J. SCHLAGETER
Assistant Legal Counsel

*James S Allison*
James G. Allison
Wis. Bar # 1012684
EQUAL EMPLOYMENT
   OPPORTUNITY COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507
      Phone - (202) 663-4661

I hereby certify that a true copy of the above document and Defendants' Legal Memorandum Supporting Defendants' Motion to Dismiss were served upon Keith D. Washington by mail on July 11, 2005. A copy of the undersigned's Notice of Appearance was also served on July 11, 2005.

*James S Allison*
James G. Allison