IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON  
*Plaintiff*

*Docket # 05cv10619DPW*

Vs

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ("EEOC") et

## CERTIFICATE OF SERVICE

1. First Amended Compliant
2. Plaintiff Supplemental Memorandum In Support of Equitable Tolling
3. Plaintiff's Memorandum In Objection To Defendant's Motion To Dismiss The First Amended Compliant
4. Supplement To: Plaintiff's Memorandum In Objection To Defendant's Motion To Dismiss The First Amended Compliant With Exhibits A-B

In accordance with local rules, Plaintiff, Keith D. Washington, *pro se*, hereby certifies that a true copies of the above, documents was served upon, Michael J. Sullivan, U.S. Attorney, I Courthouse Way, Suite 9200, Boston, MA. 02210, by prepaid 1st Class United States Certified Mail # 7004 0750 0004 4094 0181, on or about 12 August 2005.

_____  
Keith D. Washington, pro se

Cc:

James G. Allison, Esquire  
Equal Employment Opportunity Commission  
1801 L. Street, NW  
Washington, D.C. 20507