USM-285 is a 5-part form. Fill out the form

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>*See* |
|---|---|

| PLAINTIFF<br>KEITH D. WASHINGTON | COURT CASE NUMBER<br>05CV10619 |
|---|---|
| DEFENDANT<br>EDITH KESSLER, IN HER INDIVIDUAL CAPACITY | TYPE OF PROCESS<br>COMPLIANT |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
- EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, JFK FEDERAL BUILDING,
- ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
- GOVERNMENT CENTER, ROOM 475, BOSTON, MA 02203-0506

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

RICHARD NICI, DOCUMENTS CLERK
U.S. DISTRICT COURT-MASSACHUSETTS
1 COURTHOUSE WAY [SUITE 2300]
BOSTON, MA 02210

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA
2005 AUG 19 A 11: 28

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
KDwash Pro se
TELEPHONE NUMBER: 770 465 4088
DATE: 8/12/05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Iulanni | Date<br>8/19/05 |
|---|---|---|---|---|---|

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
V+Keea Gardner

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 8/31/05    Time: 10 30  [X] am  [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges including *endeavors*<br>— | Forwarding Fee<br>— | Total Charges<br>45.00 | Advance Deposits<br>35.00 | Owed to USM<br>10.00 | $0.00 |
|---|---|---|---|---|---|---|

REMARKS:

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00