## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON,
    *Plaintiff, pro se*             DOCKET# 05-10619

Vs

Equal Employment Opportunity Commission [EEOC]

ROBERT L. SANDERS, **in his Individual** and
Official Capacity as, EEOC- Director Boston Area Office

EDITH KESSLER, **in her Individual** and official
Capacity as Investigator at EEOC-BOSTON
           *Defendant(s)*

### PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 55 (a) AGAINST:

     (1)     ROBERT L. SANDERS, *in his individual capacity*

     (2)     EDITH KESSLER, *in her individual capacity*

*FRCP RULE 55(a) reads*:

> "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and the fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

For the reasons contained in the attached Memorandum with Attachments A-C, Keith D. Washington, ("Plaintiff"), a United States citizen brings this Motion For Judgment By Default on all charges contained in the referenced compliant, against, Robert L. Sanders, and Edith Kessler, in their individual capacities.

                                       Respectively submitted, this October 3, 2005

                                                   KEITH D. WASHINGTON, PRO SE
                                                            6265 MAGNOLIA RIDGE
                                              STONE MOUNTAIN, GEORGIA 30087

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON
       *Plaintiff*

Docket # 05cv10619DPW

Vs
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, ("EEOC") et al

## CERTIFICATE OF SERVICE

1. **PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FRCP 55**

2. **MEMORANDUM WITH ATTACHMENTS A-E, IN SUPPORT OF PLAINTIFF'S MOTION FOR JUDGMENT BY DEFAULT PURSUANT TO FRCP 55**

In accordance with local rules, Plaintiff, Keith D. Washington, *pro se*, hereby certifies that on or about September 30, 2005, true copies of the above, documents was served upon,

1. Michael J. Sullivan, U.S. Attorney, I Courthouse Way, Suite 9200, Boston, MA. 02210, by prepaid 1st Class United States Certified Mail #,7604 0750 0004 3900 7352

2. James G. Allison, Esquire, Equal Employment Opportunity Commission 1801 L. Street, NW Washington, D.C. 20507, by prepaid 1st Class United States Certified Mail # 7004 0750 0004 3900 7338

3. Robert L. Sanders, Equal Employment Opportunity Commission, JFK Building, Government Center, Room 475, Boston, MA 02203-0506, by prepaid 1st Class United States Certified Mail # 7004 0750 0004 3900 7345

4. Edith Kessler, Equal Employment Opportunity Commission, JFK Building, Government Center, Room 475, Boston, MA 02203-0506, by prepaid 1st Class United States Certified Mail # 7004 0750 0004 3900 7352

*[signature]*

Keith D. Washington, *pro se*