UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
KEITH D. WASHINGTON,              )
     Plaintiff,                   )     CIVIL ACTION NO.
                                  )     05-10619-DPW
          v.                      )
                                  )
EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION, ("EEOC") IN THEIR     )
OFFICIAL CAPACITIES;              )
CARI M. DOMINGUEZ, IN HER OFFICIAL)
CAPACITY AS CHAIR OF THE EEOC;    )
ROBERT L. SANDERS, IN HIS         )
INDIVIDUAL AND OFFICIAL CAPACITY AS)
EEOC-DIRECTOR BOSTON AREA;        )
EDITH KESSLER, IN HER INDIVIDUAL  )
AND OFFICIAL CAPACITY AS          )
INVESTIGATOR AT EEOC-BOSTON,      )
     Defendants.                  )
```

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued November 7, 2005, entered directing dismissal, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                BY THE COURT,

                /s/ Michelle Rynne
                Deputy Clerk

DATED: November 7, 2005