# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH D. WASHINGTON, *PRO SE* Plaintiff | ) | Case No.: No. 05cv10619DPW |
| V. | ) | |
| (1) EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ("EEOC") in their official capacities; | ) | |
| (2) CARI M. DOMINGUEZ, in her official capacity as Chair of the Equal Employment Opportunity Commission; | ) | |
| (3) ROBERT L. SANDERS, in his individual and official capacity as, EEOC-Director Boston Area; | ) | |
| (4) EDITH KESSLER, in her individual and official capacity as Investigator at EEOC-Boston, **Defendants** | ) | |

## MOTION FOR THIS COURT TO TAKE JUDICIAL NOTICE PURSUANT TO FRCP 201(b) (2)

Plaintiff objects to this courts continuous characterization of his separation from State Street Bank & Trust Company as a "termination[1]" accordingly this Court is requested to take <u>Judicial Notice</u> under Rule 201(b)(2) of the following adjudicative facts:

(1) DEPRIVATION OF LIBERTY AND THE PRIVILEGES AND IMMUNITIES OF UNITED STATES CITIZENSHIP IN VIOLATION OF THE FIFTH AMENDMENT OF THE U.S. CONSTITUION;

(2) VIOLATION OF THE EQUAL PROTECTION CLAUSE AND PRIVILEGES AND IMMUNITIES CLAUSE OF THE FIFTH AMENDMENT OF THE U.S. CONSTITUTION;

---

[1] Memorandum and Order November 7, 2005.

1

(3) VIOLATION OF 42 U.S.C. SECTION 1981;

(4) VIOLATION OF 42 U.S.C. SECTION 1985(1)(2) &(4);

(5) NEGLIGENCE

(6) PROMISSORY ESTOPPEL;

(7) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

(8) NEGLIGENT MISRESPENTATION

Plaintiff assets these facts are not subject to reasonable dispute in that they are:

(1) Public Laws well known within the territorial jurisdiction of the First Circuit and (2) documentary in the form of copies of government checks, official State Street Bank & Trust Company documents, and therefore capable of accurate and ready authentication.

DOCUMENTARY EVIDENCE:

| EXHIBIT | DISCRIPTION[2] | LEGAL IMPLICATIONS |
|---|---|---|
| C | Petitioner's Letter of Resignation Effective October 9,1996 | |
| D | Resignation: *By Mutual Agreement &Unemployment Compensation to be paid* | Terms of separation Contractual Eligibility for severance benefits consistent with position as senior vice president. **FRE** 622 and 623 applicable |
| E1-4 | "EXIT PROCESS" *Paid through October 8, 1996* | Last alleged unequal paycheck, part of an alleged continuing pattern of systematic adverse employment compensation violations, which has its roots in historic illegal discriminatory policies and practices. **Triggers statue of limitations** |
| F | *Copy of Unemployment Compensation check* | Unemployment compensation paid pursuant to M.G.L. 151A for 26 weeks. Precludes as a matter of law allegations of misconduct |

The payment of Unemployment Compensation pursuant to M.G.L. 151A precludes after-the-fact allegations of misconduct based on the same set of facts. *Martin v. Ring, 401*

2

*Mass. 59, 61 (1987)*" quoting *Fireside Motors, Inc. v. Nissan Motor Corp. in U.S.A., 395 Mass. 366, 372(1985)*. The judicial doctrine of collateral estoppel provides that "[w]hen an issue of fact or law is actually litigated and determined valid and final judgment, and the determination is essential to the judgment, the determination is conclusive in subsequent action between the parties, whether on the same or a different claim. Id at 62, quoting *Fidler v. E.M. Parker Co., 394 Mass. 534, 541 (1985)*. "The doctrine may be applied with respect to <u>*administrative agency determinations*</u> so long as the tribunal rendering judgment has the legal authority to adjudicate the dispute. "the guiding principle in determining whether to allow defensive use of collateral estoppel is whether the party against whom it is asserted "lacked full and fair opportunity to litigated the issue in the first action or [whether] other circumstances justify affording an opportunity to relitigate the issue." Petitioner alleges the criteria established by this court have been met by the payment of unemployment compensation. *Patriot Cinema, Inc v. General Cinema Corp. 834 F. 2d (1997)*, "... *if parties feel free to select contradictory positions before different tribunals to suit their ends, the integrity and efficacy of the courts will suffer." Commissioner of the Dept. of Employment & Training v. Dugan, 428 Mass. 138, 143 (1998)* "In some cases, even if the overlap may be so substantial that preclusion is plainly appropriate." Petitioner asserts for the purpose of preclusion, the issues regarding his separation have been resolved by the administrative judge and are identical to the issues raised in support of his discrimination claim.

    Through their pleadings, counsel for, Defendant, State Street Bank & Trust Company, intentional and deliberately misled, the Equal Employment Opportunity Commission causing Petitioner's complaints to be dismissed as untimely. As has ultimately been revealed as a result of the tenacity and persistence of Plaintiff in assembling dispositive documentary evidence to support his claims, this fraud was simple to perpetrate and even easier to discover, had the gatekeeper, Equal Employment Opportunity Commission, "EEOC", not averted their eyes and abdicated their clearly defined legal responsibilities, accepting as fact the self-serving unsupported allegations of State Street Bank & Trust Company. The scope and audacity of the fraud could not have succeeded to the extent it has to-date without the gross negligence of, EEOC in accepting as fact, with reckless disregard for Petitioner's rights, the pleadings of State Street Bank

3

and Trust Company to avoid liability to Plaintiff for a pattern and practice of illegal discrimination in violation of state and federal laws. The fraud asserted was orchestrated and perpetrated by, senior officers and/or agents of State Street Bank & Trust Company. In clear violation of 18 U.S.C. 1001 and 1038, the cornerstone of the conspiracy involved the misrepresentation and concealment of the date and documented terms of Plaintiff's separation and his entitlement to severance/healthcare benefits to the Equal Employment Opportunity Commission. Employees of State Street Bank & Trust Company and its agents, employed devices, and artifices to defraud Plaintiff of his constitutionally guaranteed liberty and property interest. At all relevant times, the material misrepresentations and omissions particularized herein directly or proximately caused the damages sustained by Petitioner.

**This fraud tainted the EEOC as well as this courts finding in all previous complaints, accordingly, pursuant to FRCP60 (b) (3), Petitioner is entitled relief from judgment in all cased.**

Dated this 22nd day of November, 2005

By: _____
KEITH D. WASHINGTON,
PRO SE, PETITIONER
6265 MAGNOLIA RIDGE
STONE MOUNTAIN, GA
30087
TELL: 770 465 4088

ATTachments
Exhibits C - F.

4

*Exhibit C*

KEITH D. WASHINGTON
62 THORNTON ROAD
CHESTNUT HILL, MA 02167

September 9, 1996

Howard H. Fairweather,
Executive Vice President
State Street Bank & Trust Company
225 Franklin Street [M-2]
Boston, Ma 02110

Dear Howard,

Kindly accept this as notification of my resignation as Senior Vice President, State Street Bank & Trust Company, effective _Oct 9, 1996_ *KDW*

I would like to thank you for the truly unique and professionally rewarding opportunities provided me at State Street.

Sincerely,

*KDWashington*

# OCTOBER 8, 1996
## TERMS OF RESIGNATION FROM STATE STREET BANK PER HOWARD F. FAIRWEATHER, EXECUTIVE VICE PRESIDENT.



**State Street**

Tel: (617) 654-3856
Fax: (617) 654-4700

**Nancy A. Savage**
Vice President

State Street Bank and Trust Company
Global Human Resources
225 Franklin Street
Boston, Massachusetts 02110-0351

---

UNEMPLOYMENT COMPENSATION

CALL (617) 626-6900
GIVE ZIP CODE OF AREA WHERE
YOU WANT TO COLLECT.
They will EITHER GIVE YOU
ADDRESS OF NEAREST OFFICE
OR TAKE CLAIM BY PHONE.

REASON — RESIGNATION BY MUTUAL
AGREEMENT

AGENT - JON-JAY ASSOC. (617) 599-5003

LAST ALLEGED UNEQUAL PAYCHECK RECEIVED ON/OR ABOUT
OCTOBER 8, 1996

EXHIBIT E



# EXIT PROCESS
Information relating to your departure from State Street

Name: Keith Washington

## Pay

You will be paid through Oct 8 1996. Payroll will charge your employee checking account for any overpayment of salary and/or unaccrued vacation days in the event that notification was not timely enough to affect your last pay. In certain cases, State Street may need to mail overtime or other pay adjustments. Please be sure that we have your correct home address.

## Vacation/Floating Holidays

You have accrued vacation time equal to 13 unused days. This amount will be reflected in your final paycheck.

You have taken 0 unearned vacation days/floating holidays. This amount will be deducted from your final paycheck.

## Staff Checking/Savings Account

Your employee checking account should not be used after your departure date except to reconcile and close the account. You should destroy any unused checks for this account. Your account will remain open for thirty days to allow any outstanding checks you may have written to clear. You can close your account, at any branch office, after all outstanding checks have cleared. At the end of thirty days, a Treasurer's check will be mailed to you for any remaining balance in the account. You may convert your staff account to a customer account by visiting any branch office.

## ATM/Visa Debit Card

These cards must be returned to your manager or GHRS on or before your departure date from State Street. A sufficient amount of money should be left in your employee checking account to cover any debit/ATM charges. Your ATM card will be blocked on your termination date.

## Cash Reserve Account

If you have an outstanding balance on your cash reserve account, contact Loan Operations at (617) 654-3769 to make arrangements for converting your monthly payments.

# NEW DIRECTIONS FLEXIBLE BENEFIT PROGRAM

**Medical, Dental, Life, LTD, AD& D Insurance**

If payroll deductions have been or will be taken, Medical, Dental, Life, and AD&D coverage will continue until the last day of the month in which the deduction was taken.

If payroll deductions have not been taken or will not be taken, your coverage will end on the last day of last month.

Under the provisions of COBRA (Consolidated Omnibus Budget Reconciliation Act), you may extend your medical and/or dental insurance coverage by converting to a group plan and reinstating within 60 days of the date your coverage ends. The cost for this continued coverage will not include a bank subsidy. You will be required to pay the full premium plus a 2% administrative charge. To receive more information on COBRA, please complete the attached request form or call (617) 985-8040 with additional questions.

Within 30 days of the effective date of your departure, you may convert your group life insurance to a non-group policy. To obtain additional information, please call the Marketing Coordinator, Travelers Insurance Company, (203) 277-9036.

**Flexible Spending Accounts**

You may request reimbursement from the Health and Dependent Care Accounts for allowable expenses incurred through your departure date by completing and submitting a reimbursement request form. You cannot be reimbursed for expenses incurred after your departure date. Please call (617) 985-8040 with additional questions.

**Bought and Sold Vacation Days**

If you have bought vacation days through the New Directions program you will be reimbursed the amount you have contributed but not used. If you have sold vacation days which you have not yet accrued, this amount will be deducted from your final pay.

# STATE STREET RETIREMENT PLAN

If you are a vested employee (one with five years of eligible service), you may select from various methods of annuity payments available. If your balance is under $3,500 you must take all of your plan assets in one lump sum. If your balance is over $3,500, there are various options available. You may elect a lump sum payment to be rolled over to State Street's Salary Savings Program (SSP) if your SSP account balance is greater than $3,500. The Benefit Department will contact you by mail with the information needed to make your selection. This information is mailed out on the first Friday of each month. Please call (617) 985-8040 with additional questions.

## SALARY SAVINGS PROGRAM (SSP)

If your account balance is greater than $3,500, you may defer payment until a later date - but no later than April 1st following the calendar year in which you reach age 70 1/2. If you defer payment your funds will remain invested in the investment options of your choice and you may make investment transfers in the same manner as any active participant. Distributions are subject to federal and state taxes in the year they occur. A minimum of 20% mandatory federal income tax (and state if required), unless payment is directly rolled over into another tax qualified plan or IRA.

If your account balance is less than $3,500, and you do not submit an SSP distribution form your account will be paid to you automatically in a single, lump sum cash payment, no sooner than 90 days after your departure date. If you receive a distribution before you reach age 59 1/2 and you do not roll it over, then, in addition to the regular income tax, you may have to pay an extra tax equal to 10% of the taxable portion of your distribution.

You may request an SSP distribution package by calling 1-800-985-FUND (3863). In order to receive a distribution and/or to rollover your distribution from the SSP you must return a completed SSP distribution form (which is included in the SSP distribution package) to the Benefits Department, A1E, P.O. Box 5118, Boston, MA 02107.

When you elect your account distribution, including State Street's matching contributions, the value of your account is based on the daily valuation for the day the transaction is processed.

Your distribution will be paid to you, or sent to a new trustee pursuant to your instructions, within five business days after your SSP distribution form has been completed and received for processing. Please note that your distribution will be made no sooner than within the first week of the calendar month following your termination. If you are in the SSB Stock Fund and elect to receive shares rather than cash, please allow additional time for processing.

You may transfer existing balances once per calendar month on any business day for as long as you have an account balance in the SSP.

If you have an SSP loan(s) and end your relationship with State Street or retire prior to paying off your loan balance, your outstanding loan balance(s) will become a taxable distribution.

*This notice only summarized the payment options and some of the potential tax rules that might apply to your payment. Any variations between this summary and the SSP Plan Document (Plan) and/or IRS requirements, the Plan and/or IRS will prevail.*

*You may want to consult with a professional tax advisor before you take a payment of your benefits from the SSP.*

**Corporate Credit Cards/Expense Advances**

Any corporate credit cards or telephone credit cards must be returned to your manager or GHRS on or before your effective departure date. All outstanding balances must be paid off in their entirety. You must also reconcile and settle any outstanding reimbursed expense items and cash advances prior to your departure date.

**Educational Assistance/New England Banking Institute (NEBI)**

If you are currently enrolled in an NEBI course that State Street has paid for, you must reimburse the bank for the amount of the tuition advance. If you are currently receiving Educational Assistance and leave State Street before the course is completed, you will not be reimbursed for the tuition paid.

**Wage, Tax and Benefit Statements**

W2 tax statements will be mailed to your home in January, to the address of record. The Post Office will not forward your W2, so in the event of an address change, please notify Payroll at (617) 985-8004 to insure that your tax forms are correctly addressed.

If you choose to keep a balance in the SSP, it is important that your correct address is on file in order to receive statements or other information in a timely manner.

**References**

State Street does not give employment references. We will, however, verify dates of employment, title of last position held, and whether you were a full or part-time employee. Written inquiries should be sent to the Benefits Department, A1E, P.O. Box 5118, Boston, MA 02107. Telephone inquiries should be directed to (617) 985-8040.

| Return of Bank Property On or before your departure date, you must return the following items to your manager or GHRS: | Important Phone Numbers: After your departure with SSB, should you have additional questions, please refer to the phone numbers listed below: |
|---|---|
| • ATM/Visa Debit Card<br>• State Street ID Card<br>• Corporate Credit Card<br>• Telephone Card<br>• Office Keys<br>• Any other company property | Exit Hotline        (617) 985-6158<br><br>Payroll Hotline     (617) 985-8004<br><br>Benefits Hotline    (617) 985-8040 |

**Confidentiality**

As you leave State Street's employment, you are reminded of your responsibility to adhere to our Confidentiality Policy. You are not to divulge or communicate proprietary information, or attempt to intercept or gain access to corporate data. If, during your employment with State Street, you created either solely or jointly, any invention or creative work, you must disclose of this in writing.

Exhibit F

IMPORTANT MESSAGE:

THIS PART IS FOR YOUR RECORDS  DETACH BEFORE CASHING

| WEEK ENDING MO. DAY YR. | GROSS EARNINGS | DEP. ALLOW. | DEDUCTIONS | | | | | NET PYMT | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | EARNINGS | PENSION | CHILD SUP | OVER PYMT | FED TAX | STATE TAX | |
| 4-05-97 | .00 | 50.00 | .00 | .00 | .00 | .00 | 0.00 | 0.00 | 412.00 | 412.00 |
| 4-12-97 | .00 | 50.00 | .00 | .00 | .00 | .00 | 0.00 | 0.00 | 412.00 | 412.00 |

SOC. SEC. ACCT. NO. ♦-36-6266
BENEFIT RATE 362.00
CHECK NO. 66-390783
4-18-97
BALANCE 2172.00

PAYMENT IS FOR
WEEK ENDING 4-05-97 / WEEK ENDING 4-12-97

SOC. NO. 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

KEITH  D  WASHINGTON
3040 E. CLAIRMONT RD.
ATLANTA        GA   30329

StateStreet

Commonwealth of Massachusetts  66-390783
Division of Employment and Training

TO THE DEPUTY DIRECTOR, MASSACHUSETTS DEPARTMENT OF EMPLOYMENT AND
TRAINING, PAYABLE THROUGH ANY BANK OR TRUST COMPANY, COLLECTIBLE
THROUGH THE BOSTON CLEARING HOUSE.

BOSTON, MASSACHUSETTS 02101 STATE STREET, QUINCY

05173                                                     53-283/113

PAY ***EIGHT HUNDRED TWENTY-FOUR AND 00/100

NOT VALID IF IN EXCESS OF $999.00

VOID 90 DAYS FROM DATE OF CHECK
MO. DAY YR.  4-18-97

DOLLARS  **824.00  CENTS

⑆66390783⑆ ⑆011302836⑆ 88107206⑆