# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEITH D. WASHINGTON, *PRO SE* **Plaintiff** | ) | Case No.: No. 05cv10619DPW |
| V. | ) | |
| (1) *EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ('EEOC") in their official capacities;* | ) | |
| (2) *CARI M. DOMINGUEZ, in her official capacity as Chair of the Equal Employment Opportunity Commission;* | ) | |
| (3) *ROBERT L. SANDERS, in his individual and official capacity as, EEOC-Director Boston Area;* | ) | |
| (4) *EDITH KESSLER, in her individual and official capacity as Investigator at EEOC-Boston,* **Defendants** | ) | |

## PLAINTIFF'S NOTICE OF APPEAL

Keith D. Washington, Plaintiff, appeals the Order dated November 07, 2005 of the United States District Court For the District of Massachusetts in compliant # 05-10619

Dated this 23rd day of November, 2005

By: /s/ Keith Washington

KEITH D. WASHINGTON,
PRO SE, PETITIONER
6265 MAGNOLIA RIDGE
STONE MOUNTAIN,
GEORGIA 30087
TELL: 770 465 4088

IN THE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

KEITH D. WASHINGTON                                    *Docket # 05cv10619DPW*
    *Plaintiff*

Vs
EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, ("EEOC") et al

## CERTIFICATE OF SERVICE

**1. PLAINTIFF'S NOTICE OF APPEAL**
**2. PLAINTIFF'S MOTION FOR JUDICIAL NOTICE WITH EXHIBITS C-F**

In accordance with local rules, Plaintiff, Keith D. Washington, *pro se*, hereby certifies that on or about November 23, 2005, true copies of the above, documents was served upon,

1. Michael J. Sullivan, U.S. Attorney, I Courthouse Way, Suite 9200, Boston, MA. 02210, by prepaid 1st Class United States Certified Mail #,

2. James G. Allison, Esquire, Equal Employment Opportunity Commission 1801 L. Street, NW Washington, D.C. 20507, by prepaid 1st Class United States Certified Mail #

3. Robert L. Sanders, Equal Employment Opportunity Commission, JFK Building, Government Center, Room 475, Boston, MA 02203-0506, by prepaid 1st Class United States Certified Mail #

4. Edith Kessler, Equal Employment Opportunity Commission, JFK Building, Government Center, Room 475, Boston, MA 02203-0506, by prepaid 1st Class United States Certified Mail #

_____
Keith D. Washington, *pro se*

Keith D. Washington
6265 Magnolia Rdg.
Stone Mountain, GA 30087-6070