# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 05-cv-10619

Keith D. Washington

v.

Equal Employment Opportunity Commission, et al

## CLERK'S CERTIFICATE

I, Sarah A Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 11/23/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on December 9, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 12/9/05.

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/05

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10619-DPW

Washington v. Equal Employment Opportunity Commission et al
Assigned to: Judge Douglas P. Woodlock
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 03/08/2005
Jury Demand: None
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Keith D. Washington**   represented by   **Keith D. Washington**
6265 Magnolia Rdg
Stone Mountain, GA 30087-6070
PRO SE

V.

**Defendant**

**Equal Employment Opportunity Commission**   represented by   **James G Allison**
U.S. Equal Employment opportunity Commision
1801 L. Street N.W.
Washington, DC 20507
202-663-4661
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Robert L. Sanders**
*in his individual and Official Capacity as EEOC -Director Boston Area Office*

**Defendant**

**Edith Kessler**
*in her individual and official Capacity as Investigator*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2005 | 1 | AFFIDAVIT of Keith D. Washington by Keith D. Washington. (Jenness, Susan) (Entered: 03/30/2005) |
| 03/08/2005 | 2 | COMPLAINT against Equal Employment Opportunity Commission, Robert L. Sanders, Edith Kessler Filing fee: $ 0.00, receipt number 0.00, |

| | | |
|---|---|---|
| | | filed by Keith D. Washington. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 03/30/2005) |
| 03/08/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 03/30/2005) |
| 03/08/2005 | 3 | Letter/request (non-motion) from The Court (From Frances Orozco) to Mr. Washington indicating he must pay the filing fee or submit an application to waive the filing fee. (Jenness, Susan) (Entered: 03/30/2005) |
| 04/29/2005 | 4 | Judge Patti B. Saris : ORDER entered. ORDER REASSIGNING CASE. Case reassigned to Judge Douglas P. Woodlock for all further proceedings. Judge Patti B. Saris no longer assigned to case Counsel are directed to the Court's Standing Orders re: Electronic Case Filing. (McGlamery, Jeanette) (Entered: 05/05/2005) |
| 05/05/2005 | 5 | Judge Douglas P. Woodlock : ORDER entered. re 1 Affidavit filed by Keith D. Washington, construed by the Court as a motion to proceed in forma pauperis. The application to proceed without prepayment of fees is DENIED. If the plaintiff does not pay the $250.00 filing fee within thirty-five (35) days of the date of this order, the case will be dismissed without prejudice for failure to pay the filing fee. (McGlamery, Jeanette) (Entered: 05/05/2005) |
| 05/17/2005 | 6 | Plantiff Representation that Docketing fees will be paid by Keith D. Washington (Nici, Richard) (Entered: 05/18/2005) |
| 06/03/2005 | | Receipt #64671 $250 for Filing fee. (Nici, Richard) (Entered: 06/03/2005) |
| 06/13/2005 | 7 | Plantiff Supplemental MEMORANDUM OF LAW in support for equitable tolling by Keith D. Washington. (Nici, Richard) (Entered: 06/15/2005) |
| 06/20/2005 | 8 | AMENDED COMPLAINT against Equal Employment Opportunity Commission, Robert L. Sanders, Edith Kessler, filed by Keith D. Washington. (Attachments: # 1 Part 2)(Nici, Richard) (Entered: 06/21/2005) |
| 07/12/2005 | 9 | NOTICE of Appearance by James G Allison on behalf of Equal Employment Opportunity Commission (Nici, Richard) (Entered: 07/13/2005) |
| 07/12/2005 | 10 | MOTION to Dismiss by Equal Employment Opportunity Commission. (Nici, Richard) (Entered: 07/13/2005) |
| 07/12/2005 | 11 | MEMORANDUM in Support re 10 MOTION to Dismiss filed by Equal Employment Opportunity Commission. (Nici, Richard) (Entered: 07/13/2005) |
| 08/08/2005 | 12 | MEMORANDUM in Opposition re 10 MOTION to Dismiss filed by Keith D. Washington. (Nici, Richard) (Entered: 08/09/2005) |

| | | |
|---|---|---|
| 08/09/2005 | 13 | Supplement to: Plaintiff's memorandum in objection to defendant's 10 MOTION to Dismiss filed by Keith D. Washington. (Nici, Richard) (Entered: 08/10/2005) |
| 08/16/2005 | 14 | CERTIFICATE OF SERVICE by Keith D. Washington. (Nici, Richard) (Entered: 08/16/2005) |
| 09/07/2005 | 15 | SUMMONS Returned Executed Robert L. Sanders served on 8/31/2005, answer due 9/20/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 09/07/2005 | 16 | SUMMONS Returned Executed Edith Kessler served on 8/31/2005, answer due 9/20/2005. (Nici, Richard) (Entered: 09/07/2005) |
| 10/05/2005 | 17 | MOTION for Default Judgment as to EEOC, Robert Sanders and Edith Kessler by Keith D. Washington.(Nici, Richard) (Entered: 10/05/2005) |
| 10/05/2005 | 18 | MEMORANDUM in Support re 17 MOTION for Default Judgment as to EEOC, Robert Sanders and Edith Kessler filed by Keith D. Washington. (Nici, Richard) (Entered: 10/05/2005) |
| 11/07/2005 | 19 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered directing dismissal and therebygranting 10 Motion to Dismiss and denying 17 Motion for Default Judgment (Woodlock, Douglas) (Entered: 11/07/2005) |
| 11/07/2005 | 20 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) (Entered: 11/07/2005) |
| 11/28/2005 | 21 | MOTION for the Court to take notice by Keith D. Washington.(Nici, Richard) (Entered: 11/28/2005) |
| 11/28/2005 | 22 | NOTICE OF APPEAL by Keith D. Washington. $ 255 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 12/19/2005. (Nici, Richard) (Entered: 11/28/2005) |