**KEITH D. WASHINGTON**
**6265 MAGNOLIA RIDGE**
**STONE MOUNTAIN, GEORGIA 30087**
**TEL: 770 465 4088**
**FAX: 770 465 8595**

June 3, 2006

Richard Nici, Clerk
United States District Court
District Of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: <u>**Washington v. EEOC   [Docket # 05cv10619]**</u>

Dear Mr. Nici;

I am requesting your assistance in obtaining a refund for a duplicate payment of $255.00 made in connection with my appeal of the courts decision in the referenced compliant.

<u>Background:</u>

1. On 3/07/2006 receipt # 70876 was recorded on the docket indicating receipt for my check # 0676 in the amount of $255.00, representing the "Filing Fee" for appeal # 05-2844.

2. On March 8, 2006, another check was mailed in error to Clerk U.S. District Court and subsequently deposited.

3. No receipt number has been recorded on the docket for this duplicate payment and it has not been returned despite multiple requests.

Attached for your ready reference is a copy of correspondence from the Court of Appeals, dated May 3, 2006, which is self-explanatory and dispositive.

Sincerely,

Keith D. Washington, *pro se*

**ATTACHMENTS**