Mr. Keith D. Washington
6265 Magnolia Rdg
Stone Mountain, GA 30087

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
P 2:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE KEITH D. WASHINGTON
        **Petitioner, Pro Se**

V.                                     No. 05cv10619

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION, *ET AL*
               **Respondent(s)**

---

## PETITION FOR
## RETURN OF DUPLICATE APPEAL PAYMENT
## WITH ATTACHMENTS

Keith D. Washington, pro se, request a refund in the amount of $255.00 representing a duplicate payment in connection with the appeal of the district court's order in the referenced compliant.

Expiated review is requested.

Pursuant to the attached documents which are self explanatory, this matter has now been pending for several months without a response from this Court.

Submitted July 17, 2006

*[signature]*
Keith D. Washington

## ATTACHMENTS

**KEITH D. WASHINGTON**
**6265 MAGNOLIA RIDGE**
**STONE MOUNTAIN, GEORGIA 30087**
**TEL: 770 465 4088**
**FAX: 770 465 8595**

June 3, 2006

Richard Nici, Clerk
United States District Court
District Of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: **Washington v. EEOC   [Docket # 05cv10619]**

Dear Mr. Nici;

I am requesting your assistance in obtaining a refund for a duplicate payment of $255.00 made in connection with my appeal of the courts decision in the referenced compliant.

Background:

1. On 3/07/2006 receipt # 70876 was recorded on the docket indicating receipt for my check # 0676 in the amount of $255.00, representing the "Filing Fee" for appeal # 05-2844.

2. On March 8, 2006, another check was mailed in error to Clerk U.S. District Court and subsequently deposited.

3. No receipt number has been recorded on the docket for this duplicate payment and it has not been returned despite multiple requests.

Attached for your ready reference is a copy of correspondence from the Court of Appeals, dated May 3, 2006, which is self-explanatory and dispositive.

Sincerely,

Keith D. Washington, *pro se*

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

May 2, 2006

Mr. Keith D. Washington
6265 Magnolia Ridge
Stone Mountain, GA  30087

Re:  05-2844  Washington v. EEOC  (DC MA# 05-cv-10619)

Dear Mr. Washington:

   I am writing in response to your letter regarding duplicate payments for the above noted appeal.

   Any request for a refund of duplicate payments must be addressed to the district court. A copy of this letter along with your correspondence is being forwarded to the district court.

                              Sincerely,


                              _____
                              Appellate Liaison



cc:  Sarah A. Thornton, Clerk USDC MA

KEITH D. WASHINGTON
6265 MAGNOLIA RIDGE
STONE MOUNTAIN, GA 30087

April 28, 2006

2006 MAY -1 P 12: 44

Ms. Donna Birchard, Appellate Liaison
Clerk's Office: U.S. Court of Appeals
For the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Re: 05-2844   Washington v. EEOC  (DC MA# 05cv 10619)

Dear Ms. Birchard;

In response to your letter of April 18, 2006, I have attached for your ready reference a copy of the duplicate check which was mailed by my bank, Wachovia, on March 8, and deposited on/or about March 17, 2006.

I trust this will assist you in resolving this matter.

Sincerely,

Keith D. Washington, pro se

Attachments

Cc: Sarah A. Thornton, Clerk USDC