**MANDATE**

# United States Court of Appeals
## For the First Circuit

---

No. 05-2844

KEITH D. WASHINGTON,

Plaintiff, Appellant,

v.

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ET AL.,

Defendants, Appellees.

---

Before

Torruella, *Circuit Judge*,
Stahl, *Senior Circuit Judge*,
and Lipez, *Circuit Judge*.

---

**JUDGMENT**
Entered: June 5, 2006

For substantially the reasons stated in Judge Woodlock's Memorandum and Order of November 7, 2005, we *affirm* the judgment of dismissal.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Kretas*

Deputy Clerk
Date: 7/27/06

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By:_____
Chief Deputy Clerk.

[cc: Keith D. Washington, James G. Allison, Esq.,
Gail S. Coleman, Esq., Carolyn L. Wheeler, Esq.,
Vincent J. Blackwood, Esq., Rayford A. Farquhar, AUSA,
James L. Lee, Esq.]