UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
KEITH D. WASHINGTON,              )
    Plaintiff,                    )   CIVIL ACTION NO.
                                  )   05-10619-DPW
    v.                            )
                                  )
EQUAL EMPLOYMENT OPPORTUNITY      )
COMMISSION, ("EEOC") IN THEIR     )
OFFICIAL CAPACITIES;              )
CARI M. DOMINGUEZ, IN HER OFFICIAL)
CAPACITY AS CHAIR OF THE EEOC;    )
ROBERT L. SANDERS, IN HIS         )
INDIVIDUAL AND OFFICIAL CAPACITY AS)
EEOC-DIRECTOR BOSTON AREA;        )
EDITH KESSLER, IN HER INDIVIDUAL  )
AND OFFICIAL CAPACITY AS          )
INVESTIGATOR AT EEOC-BOSTON,      )
    Defendants.                   )
```

### ORDER FOR RETURN OF DUPLICATE PAYMENT OF APPEAL FILING FEE

WOODLOCK, District Judge

Plaintiff's motion for Return of Duplicate Appeal Payment is ALLOWED, and it is hereby ORDERED that the duplicate payment of $255.00, receipt number 71048, received on March 14, 2006 be returned.

/s/ Douglas P. Woodlock
Douglas P. Woodlock
United States District Judge

DATED: August 3, 2006